UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
Senior United States District Judge
Sacramento, California

                              RE:    Gregory Patrick PATELZICK
                                      Docket Number:   2:12CR00106-01
                                      **PERMISSION TO TRAVEL**
                                      **OUTSIDE THE COUNTRY**

Your Honor:

The offender is requesting permission to travel to Mexico.  Mr. Patelzick is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On November 16, 2011, Gregory Patelzick was sentenced before the Honorable David C. Norton, United States District Judge in the District of Arizona, for the offense of 21 USC 841(a)(1), 841(b)(1)(D), and 846 - Conspiracy to Possess With Intent to Distribute Less Than 50 Kilograms of Marijuana (CLASS D FELONY).  On March 14, 2012, the Eastern District of California accepted transfer of jurisdiction from the District of Arizona.

**Sentence Imposed:** A term of 3 years probation; $100 special assessment.

**Dates and Mode of Travel:**  Departs June 1, 2013; returns June 8, 2013.  Mode of Travel: Air travel.

**Purpose:**   Previously, the Court authorized the offender to travel to Mexico on two separate occasions, to attend to his deceased father's estate.  Mr. Patelzick is again requesting travel to Mexico to attend to his father's estate, and has provided a travel itinerary.

RE: **Gregory Patrick PATELZICK**
 **Docket Number:   2:12CR00106-01**
 **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Mr. Patelzick has presented no issues during supervision. He maintains appropriate contact with the United States Probation Office, and he is gainfully employed. I have no objection to this travel.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER**
**United States Probation Officer**

DATED:   May 29, 2013
          Roseville, California
          /jaf

**REVIEWED BY:**   /s/ Kyriacos M. Simonidis
              **KYRIACOS M. SIMONIDIS**
              **Supervising United States Probation Officer**

---

ORDER OF THE COURT:

Approved     X

Dated:  May 30, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge